IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT MISSISSIPPI
WESTERN DIVISION

| DAVID A. WILLIAMS | PLAINTIFF |
|---|---|
| VS. | CIVIL ACTION NO.: 5:06cv92(DCB)(JMR) |
| PAUL JOHNSON (Fire Chief of the Natchez Fire Department), CITY OF NATCHEZ, MISSISSIPPI, CITY OF NATCHEZ BOARD OF ALDERMEN, CITY OF NATCHEZ CIVIL SERVICE COMMISSION, PHILLIP CURTIS WEST (Mayor for the City of Natchez), JOYCE ARCENEAUX-MATHIS (Alderwoman, Ward One), JAMES "RICKY"GRAY (Alderman, Ward Two), BOB POLLARD (Alderman, Ward Three), THEODORE "BUBBER" WEST (Alderman, Ward Four), DAVID MASSEY (Alderman, Ward Five), JAKE MIDDLETON (Alderman, Ward Six), GEORGE ROBINSON (City of Natchez Civil Service Commissioner), JAMES COLE (City of Natchez Civil Service Commissioner), and JAMES COLEMAN (City of Natchez Civil Service Commissioner) | DEFENDANTS |

## **ORDER OF DISMISSAL**

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiff's claims in the above-titled action against Municipal Defendants, the City of Natchez, Mississippi, David Massey, James Coleman, George Robinson, Paul Johnson, Jake Middleton, James Cole, the Board of Aldermen, the Civil Service Commission, Phillip Curtis West, Joyce Arceneaux-Mathis, Bob Pollard, James Ricky Gray and Theodore Bubber West, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and respective costs incurred in connection with this action.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

JO.99367856.1

SO ORDERED, this the  19th  day of October, 2007.

                 s/ David Bramlette
                UNITED STATES DISTRICT JUDGE

/s/ Louise Harrell
LOUISE HARRELL


/s/ Saundra B. Strong
GARY E. FRIEDMAN
SAUNDRA B. STRONG

JO.99367856.1